# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cargill, Incorporated <br>                       Movant, <br> vs. <br> Public Joint Stock Company National Bank Trust <br>                       Respondent. | No. 23 Misc. _____ <br><br> **NOTICE OF MOTION** <br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the declarations of Oliver Clifton and Daniel L. Stein, the exhibits attached thereto, and oral argument on a date and at a time to be set by the Court, Movant Cargill, Incorporated hereby moves this Court for an order (i) quashing the subpoenas that Public Joint Stock Company National Trust Bank (the "Respondent") sought leave to serve pursuant to a 28 U.S.C. § 1782 application, and (ii) providing other such relief as the Court deems just and proper.

Respectfully submitted,

April 28, 2023

By: /s/ Daniel L. Stein
Daniel L. Stein
Michael P. Heffernan
Joshua M. Glasser
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
daniel.stein@weil.com
michael.heffernan@weil.com
joshua.glasser@weil.com

*Attorneys for Movant Cargill, Incorporated*