UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARGILL, INCORPORATED,

                Movant,

- against -

PUBLIC JOINT STOCK COMPANY
NATIONAL BANK TRUST,

                Respondent.

**ORDER**

23 Misc. 134 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS, Petitioner Public Joint-Stock Company National Bank Trust moved for an order pursuant to 28 U.S.C. § 1782 authorizing it to take discovery from certain financial institutions for use in contemplated proceedings in the British Virgin Islands on January 10, 2023 in case number 23 Misc. 6 (23 Misc. 6, Dkt. No. 1);

    WHEREAS, this Court granted Petitioner's motion for discovery on April 18, 2023 (23 Misc. 6, Dkt. No. 11);

    WHEREAS, on April 29, 2023, Cargill, Incorporated ("Cargill") commenced an action seeking to quash the subpoenas authorized by this Court's April 18, 2023 order (23 Misc. 134, Dkt. No. 1);

    WHEREAS, on May 4, 2023, nonparties Louis Dreyfus Company Suisse SA, Louis Dreyfus Company Asia PTE Ltd., and Louis Dreyfus Company Trading & Service Co. SA (collectively, "Louis Dreyfus") moved in case number 23 Misc. 6 "for an order: (i) granting leave for Louis Dreyfus to intervene as Respondents[;] . . . and (ii) staying Louis Dreyfus's obligation to comply with the subpoenas" authorized by this Court's April 18, 2023 order (23 Misc. 6, Dkt. No. 13);

WHEREAS, the motions filed by Cargill and Louis Dreyfus "involve a common question of law or fact" Fed. R. Civ. P. 42;

NOW THEREFORE, IT IS ORDERED, that the parties are directed to show cause why these cases should not be consolidated for resolution of the parties' motions. The parties should file a joint letter by **August 2, 2023** setting forth their respective positions on consolidation.

Dated: New York, New York
July 26, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge