**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Public Joint Stock Company National Bank Trust Section 1782 Action | Case No. 23 Misc. 134 (PGG) |

**NOTICE OF MOTION TO INTERVENE AND TO STAY
RESPONDENTS' OBLIGATION TO COMPLY WITH SUBPOENAS**

PLEASE TAKE NOTICE that pursuant to Rule 24 of the Federal Rules of Civil Procedure, and upon the Memorandum of Law in Support of Motion to Intervene and to Stay Respondents' Obligation to Comply with Subpoenas submitted herewith, and upon all prior pleadings and proceedings herein, Louis Dreyfus Company Suisse SA, Louis Dreyfus Company Asia PTE Ltd., and Louis Dreyfus Company Trading & Service Co. SA (collectively, "Louis Dreyfus"), through their undersigned counsel, will respectfully move, before the Honorable Paul D. Gardephe, United States District Judge for the Southern District of New York, at a date and time convenient for the Court, for an order: (i) granting leave for Louis Dreyfus to intervene as Respondents in the above-captioned action; and (ii) staying Louis Dreyfus's obligation to comply with the subpoenas issued on behalf of the Petitioner in this action.

| | |
|---|---|
| Dated: New York, New York<br>May 4, 2023 | Respectfully submitted,<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By:  */s/ Darrell S. Cafasso*<br><br>Darrell S. Cafasso<br>Harry F. Murphy<br>Thomas M. Garvey, Jr.<br>dcafasso@orrick.com<br>hmurphy@orrick.com<br>tgarvey@orrick.com<br><br>51 West 52nd Street<br>New York, NY  10019-6142<br>Tel. 212 506 5000<br><br>*Attorneys for Proposed Intervenors Louis Dreyfus Company Suisse SA; Louis Dreyfus Company Asia PTE Ltd.; AND Louis Dreyfus Company Trading & Service Co. SA* |