UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cargill, Incorporated,<br><br>　　　　　Movant,<br><br>　　vs.<br><br>Public Joint Stock Company National Bank Trust,<br><br>　　　　　Respondent. | Case No. 23-mc-000134-PGG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE of the withdrawal of the appearance of Jason E. Meade as counsel for Respondent Public Joint Stock Company National Bank Trust. Mr. Meade will be leaving the law firm of Steptoe LLP as of July 19, 2024, and thus will no longer be representing Respondent. Respondent will continue to be represented by Charles A. Michael and Evan Glassman of Steptoe LLP.

Dated: July 19, 2024
　　　　New York, New York

STEPTOE LLP

By: /s/ Jason E. Meade

Jason E. Meade
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900