Evan Glassman
+1 212 506-3909 direct
eglassman@steptoe.com

1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

**Steptoe**

August 14, 2024

**Via ECF**
Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Cargill, Incorporated v. Public Joint Stock Company National Bank Trust*,
**Case No. 23-mc-00134-PGG**

Dear Judge Gardephe:

We represent Public Joint Stock Company National Bank Trust ("NBT") in connection with the above-referenced matter. We write in follow-up to our letters of December 6, 2023, March 4, 2024 and April 15, 2024 (ECF Nos. 42, 43, and 44) regarding NBT's January 10, 2023 application to take discovery pursuant to 28 USC § 1782 in support of foreign proceedings, which are now pending in the British Virgin Islands (the "Application" and the "BVI Proceedings").

For background purposes, this Court originally granted NBT's Application on April 18, 2023 (ECF No. 11). Cargill, Incorporated, Louis Dreyfus Company Suisse SA, Louis Dreyfus Company Asia PTE Ltd., Louis Dreyfus Company Trading & Service Co. SA (collectively, the "Movants") subsequently lodged various objections to the Application, and those motions have been fully briefed since July 13, 2023.

Since we last updated the Court in April (ECF No. 44), the BVI Proceedings have been in active litigation, and the BVI Court has been made aware of the proceedings before this Court by lawyers acting for the Movants (who are contesting jurisdiction in the BVI Proceedings). For the reasons set forth in NBT's Application, the discovery sought in this District is required to assist NBT's efforts to prosecute the case against the Movants in the BVI Proceedings.  Please let us know if any additional information would be helpful to the Court's resolution of the motions.

We are grateful for your continued consideration and courtesies in this matter.

Respectfully submitted,

*/s/ Evan Glassman*
Evan Glassman

cc: Counsel of Record