UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Public Joint Stock Company National Bank Trust Section 1782 Action*

Case No.: 23-mc-00134-PGG

**STIPULATION SUBSTITUTING COUNSEL**

The undersigned hereby stipulate and consent to the substitution of the law firm Ford O'Brien Landy LLP, by and through its attorneys, Alexander H. Shapiro and Robert S. Landy, as attorneys of record for Petitioner Public Joint Stock Company National Bank Trust ("NBT") in the above-captioned matter in place and instead of the law firm Steptoe LLP and its attorneys Charles Anthony Michael and Evan Glassman. Ford O'Brien Landy LLP does not intend to seek modification of any existing deadlines or dates for court appearances in the case.

Dated: August 6, 2025

FORD O'BRIEN LANDY LLP

By: /s/ Alexander H. Shapiro
Alexander H. Shapiro
Robert S. Landy
275 Madison Avenue, 24th Floor
New York, New York 10016
(212)-858-0040
ashapiro@fordobrien.com

PUBLIC JOINT STOCK COMPANY
NATIONAL BANK TRUST

By: _____
Dmitry Leonidovich Popkov
Head of the First Department of Special Projects

STEPTOE LLP

By: _____
Evan Glassman
Charles A. Michael
1114 Avenue of the Americas
New York, New York 10016
(212)-506-3909
eglassman@steptoe.com