**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re Public Joint Stock Company National Bank Trust Section 1782 Action*

Case No.: 23-mc-00134-PGG

**[PROPOSED] ORDER**

In accordance with the foregoing Stipulation Substituting Counsel:

IT IS HEREBY ORDERED that, pursuant to Local Rule 1.4, Alexander H. Shapiro and Robert S. Landy of Ford O'Brien Landy LLP are hereby substituted as counsel in the above-captioned matter for Respondent Public Joint Stock Company National Bank Trust ("NBT"), in place and instead of Charles Anthony Michael and Evan Glassman of Steptoe LLP.

SO ORDERED:

DATED: _____          _____
                                HON. PAUL G. GARDEPHE
                                United States District Judge