UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Public Joint Stock Company National Bank Trust Section 1782 Action*

Case No.: 23-mc-00134-PGG

# ORDER

In accordance with the foregoing Stipulation Substituting Counsel:

IT IS HEREBY ORDERED that, pursuant to Local Rule 1.4, Alexander H. Shapiro and Robert S. Landy of Ford O'Brien Landy LLP are hereby substituted as counsel in the above-captioned matter for Respondent Public Joint Stock Company National Bank Trust ("NBT"), in place and instead of Charles Anthony Michael and Evan Glassman of Steptoe LLP.

DATED: October 1, 2025

SO ORDERED:

_____
HON. PAUL G. GARDEPHE
United States District Judge