**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
Phone: +1 212 310 8000
Fax: +1 212 310 8007

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

February 24, 2026

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 705
New York, NY 10007

Re: *Cargill, Incorporated v. Public Joint Stock Company National Bank Trust*, Case No. 23-mc-00134-PGG

Dear Judge Gardephe:

We represent Cargill, Incorporated ("Cargill, Inc.") in connection with the above captioned matter. We write now to update the Court on the progress of the BVI proceedings.

On December 22 and 23, 2025, the Honourable Justice of Appeal Farara KC issued an interim stay of the entirety of the proceedings in the BVI High Court pending the determination of certain defendants' stay applications (see paragraph 5(2) of the order made in respect of the Cargill Defendants, a copy of which is enclosed for your reference). On February 17, 2026, the Court of Appeals approved the Cargill Defendant's application granting a full stay of the BVI proceeding in the lower court, pending determination of the jurisdiction appeals challenge. A copy of the order in respect of the Cargill Defendant's stay application is attached (*attachment 1*).

The Court of Appeal's order of February 17, 2026 grants:

(a) a stay of paragraphs 5, 7, 8, 9 and 11 of Mithani's 25 November order (re-attached for ease – *attachment 2*), including the requirement for Cargill to pay NBT's costs and file a defence, and the release of the SFC funds; and

(b) a stay of the proceedings in the court below pending determination of the appeal.

We continue to respectfully request that the Court allow the Eastern Caribbean Supreme Court of Appeal to resolve the jurisdictional issues rather than act on NBT's § 1782 request at this time.

February 24, 2026  
Page 2

**Weil, Gotshal & Manges LLP**

Respectfully submitted,

/s/ Daniel L. Stein