The Eastern Caribbean Supreme Court

In the Court of Appeal

Territory of the Virgin Islands

BVIHCMAP2025/0029
BVIHCMAP2025/0030
BVIHCMAP2025/0031
BVIHCMAP2025/0032

BETWEEN:

[1] Mikhail Osmanovich Shishkanov
[2] Quadra Commodities SA (Switzerland)
[3] Quadra Commodities Singapore PTE Ltd (Singapore)
[4] Louis Dreyfus Company Suisse Sa (Switzerland)
[5] LDC Trading and Service Co S.A. (Uruguay)
[6] Louis Dreyfus Company Asia PTE Ltd
[7] Wilson International Trading Private Limited
[8] Ifchor Galbraiths (Switzerland) SA (Previously Known as
[9] Ifchor (Switzerland) SA and before as Ifchor SA)
[10] Midwestern Trading Group, Inc.
[11] Cargill Financial Solutions LLC
[12] Cargill, Inc.
[13] Bunge SA
[14] Credit and Trading Company Ltd

Applicants/Appellants

and

PJSC National Bank "Trust"

Respondent

ORDER

**CHAMBERS**

**ON PAPER**

**BEFORE HIS LORDSHIP, THE HON. MR. REGINALD T.A. ARMOUR SC, JUSTICE OF APPEAL [AG.]** on the **17th** day of **February 2026-**

**UPON READING:**

1. The notice of application filed by Bunge SA and Credit and Trading Company Ltd. in BVIHCMAP2025/0030 in the consolidated appeals on 12th January 2026 for

    directions; alternatively, the time in which the appellants shall file their skeleton arguments and record of appeal be extended to 6th February 2026;

2. The fourth affidavit of Grainne Hussey filed together with exhibits and draft order filed on 12th January 2026;
3. The notice of application filed by Midwestern Trading Group Inc., Cargill Financial Solutions LLC and Cargill, Inc. in BVIHCMAP2025/0031 in the consolidated appeals on 12th January 2026 for directions or, in the alternative that the time for the appellants to file their skeleton argument be extended to February 6th 2026;
4. The fifth affidavit of Charles James Maples together with certificate of exhibits filed in support of the application on 12th January 2026;
5. The notice of application filed on 9th January 2026 by Quadra Commodities SA (Switzerland), Quadra Commodities Singapore PTE LTD (Singapore), Louis Dreyfus Company Suisse SA (Switzerland), LDC Trading and Service CO S.A. (Uraguay), Louis Dreyfus Company Asia PTE LTD, Wilson International Trading Private Limited, IFCHOR Galbraiths (Switzerland) SA (previously known as IFCHOR, (Switzerland) SA and before as IFCHOR SA) filed in BVIHCMAP2025/0029 in the consolidated appeals seeking directions; alternatively, the time by which the Appellants shall file their Skeleton Arguments and the Record of Appeal be extended to 6th February 2026;
6. The fifth affidavit of Fay OlHarron together with exhibits filed on 9th January 2026;

**UPON NOTING** the signed Consent Order sent to the Court's Registry via email on 11th and 17th February 2026 outlining the terms which the parties have agreed to.

**IT IS HEREBY ORDERED BY CONSENT THAT:**

*Consolidated Appeals*

(1) For the avoidance of any doubt, any document (including this order) filed in one of the Consolidated Appeals shall be treated as being filed in each.

*Provision of Dated to Avoid*

(2) The parties shall provide the Registrar with a composite list of the dates of their availability of counsel instructed to appear at the hearing of the Consolidated Appeals by 4pm on 16th April 2026 so that the Registrar may thereafter seek to identify available dates for a 4-day hearing.

*Notice of Appeal*

    (3) Paragraph 2 of the COA Interim Stay Order is hereby varied, and the Cargill Defendants shall file their Notice of Appeal by 4pm on 13th January 2026.

*Composite Record of Appeal*

    (4) The parties shall seek to agree a single composite Record of Appeal by 4pm on 30th January 2026.

    (5) A single composite Record of Appeal shall be filed by the Appellants in BVIHCMAP2025/0029 by 4pm on 2nd February 2026.

*Skeleton Arguments*

    (6) The Appellants shall file on the ePortal their respective skeleton arguments by 4pm on 6th February 2026.

    (7) NBT shall file on the ePortal a single composite skeleton argument in response to the Consolidated Appeals by 4pm on 20th March 2026.

    (8) The Appellants shall lodge and serve their respective skeleton arguments in reply by 4pm on 24th April 2026.

    (9) For the avoidance of doubt, all parties shall have permission to file updated skeleton arguments (updated solely so as to include references to any further bundle filed.

*Composite Authorities Bundle*

    (10) The parties shall seek to agree a single composite Authorities Bundle by 4pm on 1st May 2026.

    (11) A single composite Authorities Bundle shall be filed by the Appellants in BVIHCMAP2025/0029, which is to be treated as having been filed equally in the other Appeals, by 4pm on 8th May 2026.

*Listing of the Consolidated Appeals*

    (12) The Consolidated Appeals be listed for an oral hearing with a time estimate of 4 days at the convenience of counsel instructed to appear at the hearing after the first available date after 18th May 2026 (in accordance with paragraph 1 above).

*Costs*

(13)     Costs in the Consolidated Appeals.

Dated the **17th** day of **February 2026**

**BY THE COURT**



...........................................<br>**DEPUTY CHIEF REGISTRAR**