

Helm House
Fish Bay
Tortola
British Virgin Islands

**T** +1 284 541 8809
**E** andrew.emery@emerycooke.com
**E** mary-frances.morris@emerycooke.com
**E** robert.dougans@emerycooke.com

The Eastern Caribbean Supreme Court
Orange Grove Plaza
Bois d'Orange
Gros Islet
St. Lucia
W.I.

**F.A.O.** Danielia Chambers-Sylvestre                              16 February 2026
(Deputy Chief Registrar)

**Email:** danielia.chambers-sylvestre@eccourts.org

Dear Madam,

**Appeals No. BVIHCMAP2025/0029 & BVIHCMAP 2025/0030 & BVIHCMAP 2025/0031 & BVIHCMAP 2025/0032 (the "Appeals")**

1.  We write further to:

    1.1  the orders made by Farara J.A. (Ag) on 22 December 2025 in respect of the Appeals (the "**22 December Orders**"); and

    1.2  the skeleton argument filed in the stay application by the Appleby Defendants on 9 February 2026 (the "**Appleby Stay Reply Skeleton**").

2.  We adopt the definitions employed in the Appleby Stay Reply Skeleton. We are conscious that the Claimant/Respondent does not have a general right of reply, but wish to make

1

one limited point in response.

3. We also note that the effect of the 22 December Orders was to stay the underlying claim against all of the Defendants, including against the BVI Companies and the Unrepresented Defendants who are not parties to any of the Appeals, even though (i) the BVI Companies do not challenge jurisdiction (the proceedings against them are presently stayed pending the outcome of separate proceedings before this Court), and (ii) the Unrepresented Defendants did not pursue their jurisdiction challenge to a hearing and have not appealed.

4. Paragraph 6 of the Appleby Stay Reply Skeleton makes assertions regarding the alleged lack of credibility in one of NBT's explanations as to why there are good prospects that it would comply with any costs order. Specifically, the Appleby Reply Skeleton states, *inter alia*, that:

> "…*The reality is that, if the Appleby Defendants' appeal were to succeed, there would be no realistic prospect of them recovering any payments which they had made to NBT. NBT argues that the risk is now "appreciably lower" because it would not wish to prejudice the pursuit of its claims against the BVI Companies and the Unrepresented Defendants by failing to comply with costs orders against it. However … that is not remotely credible: there is no prospect whatsoever of NBT paying substantial costs as the price of being permitted to continue claims against the BVI Companies (which have no assets and whose continued participation is, at the lowest, open to question) and the Unrepresented Defendants (which appear to be taking no further part in the proceedings)*."

5. NBT's position is that it positively wishes to (and is in the process of taking preparatory steps) to continue its claim against the BVI Companies and the Unrepresented Defendants. In particular, subject to the outcome of the stay applications by the Appellants, NBT intends to soon seek the Appellants' consents to lift the stay of the proceedings against the Unrepresented Defendants to permit NBT to seek a judgment against them. In the absence of such consent within reasonable time, NBT intends to seek the Court of Appeal's permission in relation to the same in due course.

Yours faithfully,


**Emery Cooke**

Helm House, Fish Bay, Tortola, British Virgin Islands

| | | |
|---|---|---|
| CC | Forbes Hare<br>Qwomar Building<br>P.O. Box 4649<br>Road Town<br>Tortola<br>British Virgin Islands<br>VG1110 | Christopher.Bromilow@forbeshare.com<br>Alistair.Abbott@forbeshare.com |
| | Appleby (BVI) Limited<br>Jayla Place<br>Wickhams Cay 1<br>PO Box 3190<br>Road Town<br>Tortola<br>British Virgin Islands<br>VG1110 | awillins@applebyglobal.com<br>tking@applebyglobal.com<br>FOHalloran@applebyglobal.com |
| | Conyers, Dill & Pearman<br>Commerce House<br>Wickhams Cay 1<br>PO Box 3140<br>Road Town<br>Tortola<br>British Virgin Islands VG1110 | BVICATCL960618@conyers.com |
| | Walkers<br>171, Main Street<br>PO Box 92<br>Road Town<br>Tortola<br>British Virgin Islands VG1110 | walkerscargill@walkersglobal.com |