**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**NEW YORK**

| | |
|---|---|
| Cargill, Incorporated<br>Movant,<br><br>vs.<br><br>Public Joint Stock Company National Bank Trust<br>Respondent. | 1:23-mc-00134-PGG |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Movant Cargill, Incorporated ("Cargill") appeals to the United States Court of Appeals for the Second Circuit from the Court's Order entered in this action on April 17, 2026 (Dkt. No. 74), which denied Cargill's motion to quash the subpoenas issued by Respondent (Dkt. No. 1). This appeal is taken from each and every adverse part thereof.

May 18, 2026

By: */s/ Daniel L. Stein*
Daniel L. Stein
Partner
Weil, Gotshal & Manges LLP.